Waiver of Indictment

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 16-7-1 |
| DERRICK KNIGHT<br>    a/k/a "Old Man,"<br>    a/k/a "Derrick Butler" | : | |

Derrick Knight, the above named defendant, who is accused of

    18 U.S.C. § 471 (manufacturing counterfeit currency) (1 count)
    18 U.S.C. § 472 (possessing counterfeit currency) (3 counts)
    18 U.S.C. § 473 (dealing in counterfeit currency) (3 counts)

being advised of the nature of the charge and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Derrick Knight
Defendant

_____
Witness

12/31/15
Date:

_____
Gregory J. Pagano, Esquire
Counsel for Defendant